26, 1992. *Affirmed* by unpublished opinion per Alexander, J. Pro Tem., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 17094-9-II.    Division Two.    April 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. R.E.K., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-8-01072-6, James D. Ladley, J., entered April 1, 1993. *Reversed* and *remanded* by unpublished opinion per Wiggins, J., concurred in by Morgan and Bridgewater, JJ.

[No. 13369-9-III.    Division Three.    April 25, 1995.]

GLENN LAZELLE, *Appellant*, v. JOHN BONE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Asotin County, No. 92-2-00105-1, John M. Lyden, J., entered June 14, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.

[Nos. 12943-8-III; 12977-2-III;    Division Three.    April 25, 1995.]
       12929-2-III.

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER DAVID DAVENPORT, *Appellant*.

*In the Matter of the Personal Restraint of* CHRISTOPHER DAVID DAVENPORT, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-01590-1, Michael E. Donohue, J., entered December 22, 1992, together with petitions for relief from personal restraint. Judgment *affirmed* and petitions *dismissed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.